UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of JOHN J. VAN NOSTRAND, Deceased, Respondent, *v.* LOUISA B. VAN NOSTRAND, Individually and as Trustee and Executrix, Respondent, and FANNY V. N. RAMSDELL, Individually and as Executrix and Trustee, et al, Appellants, Impleaded with Others.

*U. S. Trust Co.* v. *Van Nostrand,* 137 App. Div. 935, affirmed.
(Argued January 20, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 28, 1910, affirming a judgment of Special Term in an action to have determined the rights of the various defend-

ants in a certain trust estate established by the will of John J. Van Nostrand, deceased.

*Charles F. Brown, George R. Brewster, Charles W. U. Sneed* and *Henry Hirschberg* for appellants.

*Alfred Jaretzki* and *Francis D. Pollak* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, CHASE and COLLIN, JJ. Dissenting: WILLARD BARTLETT, J.